IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF DELAWARE, ) | |
| ) | Civil No.: 10-243 (RBK/AMD) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

The Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to the dismissal of this lawsuit with prejudice with each party to bear its own fees and costs.

Dated:                                                                                      Dated:

**McCARTER & ENGLISH, LLP**                                     **MORRIS JAMES, LLP**


/s/ Katharine L. Mayer                                                    /s/ Edward M. McNally
Katharine L. Mayer, Esquire (Bar No. 3758)        Edward M. McNally, Esq. (Bar No. 614)
Renaissance Centre                                                       500 Delaware Ave., Suite 1500
405 North King Street, 8th Floor                              Wilmington, DE 19801
Wilmington, DE 19801                                                  Telephone: (302) 888-6880
Telephone: (302) 984-6300                                         Facsimile: (302) 571-1750
Facsimile: (302) 984-6399

*Counsel for Defendant National Union Fire*
-and-                                                                                    *Insurance Company of Pittsburgh, P.A.*

Anthony Bartell, Esq.                                                     Date:  September 13, 2010
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-2062
Facsimile: (973) 297-3846

*Counsel for Plaintiff University of Delaware*

Date:  September 13, 2010